AE 14610282.1.61-70

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

Respondent.

V.

**Crim. No. 4:21-cr-40078-KES-2**

**ANAHI PLASCENCIA CARDONA,** **Civ. No.** 4:26-cv-4149

Movant.

---

## DECLARATION OF ANAHI PLASCENCIA CARDONA IN SUPPORT OF TIMELINESS

---

I, Anahi Plascencia Cardona, declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief:

## I. WHO I AM

1. I am the Movant in this case. I am confined at FCI Aliceville in Aliceville, Alabama. My register number is 45293-509.

2. I was convicted after a jury trial in this Court and sentenced on December 21, 2023 to 265 months in prison.

AE 14610282.1.62-70

3. My first language is Spanish. I can read and write some English, but only at a basic level. I can manage simple everyday things. I cannot follow a long conversation in English and I cannot read or understand legal papers in English. Every court proceeding in my case used a Spanish interpreter, and I asked for one every time. I am preparing this declaration with assistance because I cannot read the legal papers in my case.

## II. WHAT HAPPENED WHEN MY APPEAL ENDED

4. Ashley Brost was appointed to represent me on June 21, 2023, after my trial attorney withdrew. She represented me at sentencing and she also represented me on my appeal to the United States Court of Appeals for the Eighth Circuit.

5. During the appeal Ms. Brost wrote to me. She told me she was working on the case and that she was asking for extensions of time. She arranged three legal telephone calls with me. I do not remember which months those calls were. She sent me copies of the papers she filed in the Court of Appeals.

6. In approximately the middle of May 2025 I received papers from the Court of Appeals telling me that my appeal had been denied.

7. Within a few days of that, in the same week, I received a letter from Ms. Brost. It enclosed the same papers from the Court of Appeals. The letter said that my appeal had been denied and that she was no longer my attorney.

8. There were more explanations with that letter. I do not remember what they said. They were in English. My English is not good enough to read and understand legal papers. No one read

AE 14610282.1.63-70

them to me and no one explained them to me in Spanish. At that time I did not know anyone who could help me read them or understand them, so I left it as it was.

9. I did not understand from anything I received that there was a time limit for filing anything further, or that there was anything further I could file.

10. That letter in the middle of May 2025 was the last time I heard from Ms. Brost.

11. I received papers from Ms. Brost during the appeal. I was never given a copy of my presentence report to keep in my possession.

**III. WHAT HAPPENED BETWEEN MAY 2025 AND JULY 2026**

12. I want to tell the Court the truth about this year rather than say things that sound better than what happened.

13. I asked about a transfer. I was told that if I asked for my transfer I could not have anything open with the government here. I understood that having a court matter open could interfere with or prevent my transfer. Because I did not know that any deadline existed, and because I did not understand that there was any further relief I could ask for, I did not pursue anything further.

14. Until July 30, 2026, which I describe in paragraph 19, I did the following and no more. I did not write to Ms. Brost. I did not write to this Court. I did not write to the Court of Appeals. I did not use CorrLinks to write to anyone about my case. I did not file any cop-out or any BP form. Other than the woman I describe in paragraph 16, I did not seek legal help from anyone here, and I did not ask my unit team or any staff member for help. I did not buy stamps and I did not send certified mail. I do not have any receipt.

AE 14610282.1.64-70

15. I had access to the law library during this time. There is nothing there in Spanish. I could not use the English legal materials because my English is not at that level.

16. There is one thing I did. During that year I asked for the transcripts of my trial, because another woman here had agreed to help me with my case. By the time the transcripts arrived, she had been transferred to the camp. I do not remember the exact date that I asked for them.

17. I was also trying to understand the amount of time I had been given. I did not know how my sentence had been calculated and I did not know that anything about it could be questioned. Between not knowing and not finding anyone who could help me, I did not do more than this.

18. I understand now that I should have tried harder to find someone to help me. At the time I did not know that there was anything left to do, or that there was any time limit for doing it.

## IV. SEEKING HELP, AND HOW I LEARNED ABOUT THE DEADLINE

19. On July 30, 2026, I wrote for the first time to a person outside the institution who had been recommended to me by another woman I know here. I told her my name, said that this other woman had given me her contact information, asked her to help me, and asked what information she needed from me and how I should proceed. I wrote to her again the following day, July 31, 2026, and explained that I had gone to trial because the attorney I had at that time gave me no option other than trial, and that arrangements would be made so that we could continue. I have the record of both messages and the dates and times they were sent.

20. When I wrote those messages I did not know that any deadline existed. I was asking about an appeal. Nobody had told me that there was a one year limit or that it was about to end.

AE 14610282.1.65-70

21. I learned only in the summer of 2026, after those messages, that there is a one year time limit for filing a motion under 28 U.S.C. § 2255, and that the time limit in my case had already passed. The person assisting me told me. Because of an error in how that message was sent, it did not reach me when she first sent it, and I did not receive it until several days later.

22. Before then, I did not understand what a motion under § 2255 was, or that there was a one year deadline for asking for that kind of relief after an appeal ends.

23. I am filing as soon as I was able to after learning this.

## V. WHAT I DID NOT KNOW ABOUT MY OWN SENTENCE

24. Until recently I did not understand how my final offense level and guideline range had been calculated, which adjustments remained in the final calculation, or how those adjustments affected my sentence. In August 2026 I had to ask for help to find out whether I had received a two level reduction, because I did not understand what the judge had given me at my sentencing.

25. I did not understand that the way my sentence was calculated could be challenged, or that there was a time limit for challenging it.

## VI. VERIFICATION

26. Everything in this declaration is true. Where I have said that I do not remember an exact date, that is because I do not remember it, and I have not guessed.

27. Before signing this declaration I read a Spanish translation of it, and I understood what it says.

AE 14610282.1.66-70

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2026

______________________________

Anahi Plascencia Cardona
Reg. No. 45293-509
FCI Aliceville
P.O. Box 4000
Aliceville, AL 35442

AE 14610282.1.67-70

## CERTIFICATE OF SERVICE

On August 10, 2026, I deposited my Motion Under 28 U.S.C. § 2255, the supporting memorandum, this declaration, and the attachments to it in the legal mail system at FCI Aliceville, first class postage prepaid, addressed to the Clerk of Court, United States District Court for the District of South Dakota, 400 South Phillips Avenue, Room 128, Sioux Falls, South Dakota 57104.

I declare under penalty of perjury that the foregoing is true and correct. See *Houston v. Lack*, 487 U.S. 266 (1988).

____________________________________

Anahi Plascencia Cardona
Reg. No. 45293-509
FCI Aliceville
P.O. Box 4000
Aliceville, AL 35442

Dated: August 10, 2026